IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JENNIFER L. MARTIN, )
        Plaintiff )
v. ) No. 3:05-cv-302
JO ANNE B. BARNHART, )
Commissioner of
Social Security, )
        Defendant )

## MEMORANDUM AND ORDER

This matter is presently before the court on the Report and Recommendation (R&R) [Doc. 16] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on May 26, 2006, in which he recommended that plaintiff's motion for summary judgment [Doc. 12] be denied and that the Commissioner's motion for summary judgment [Doc. 14] be granted. There have been no timely objections filed by plaintiff to the R&R. *See* Fed. R. Civ. P. 72(b); *see also* 28 U.S.C. § 636(b)(1).

After a careful review of this case, the court is in complete agreement with Judge Guyton that substantial evidence on the record as a whole supports the

finding of the administrative law judge that plaintiff is not disabled because she could perform a significant number of light jobs. Accordingly, the R&R is hereby ACCEPTED IN WHOLE whereby: (1) plaintiff's motion for summary judgment [Doc. 12] is DENIED; (2) the Commissioner's motion for summary judgment [Doc. 14] is GRANTED; and (3) this case is DISMISSED.

**ENTER JUDGMENT ACCORDINGLY.**

*s/ James H. Jarvis*
UNITED STATES DISTRICT JUDGE
